UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>VERN A. BRISCO: SANDRA M. BRISCOE ET. AL.,<br><br>Defendants. | Case No. 4:17-cv-00336-DCN<br><br>**JUDGMENT** |

Based upon this Court's Order of Dismissal, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case is **REMANDED TO IDAHO STATE COURT AND THIS CASE IS CLOSED**.

DATED: October 17, 2017

David C. Nye
U.S. District Court Judge

JUDGMENT - 1